**WILLIAMSPORT WIRE ROPE COMPANY, Appellant, v. BETHLEHEM STEEL CORPORATION, Joseph K. Ripley, George De B. Greene, Albert R. Thayer, and Frank C. Wright, as the Bondholders' Protective Committee for Bonds of Williamsport Wire Rope Company, Respondents-Appellees.**

No. 5829.

Circuit Court of Appeals, Third Circuit.

July 23, 1935.

Rehearing Denied Sept. 9, 1935.

W. James MacIntosh, of Philadelphia, Pa., John G. Candor, of Williamsport, Pa., and Morgan, Lewis & Bockius, of Philadelphia, Pa., for appellant.

Welles, Mumford & Stark, of Scranton, Pa., and Shearman & Sterling and Cravath, de Gersdorff, Swaine & Wood, all of New York City (Harry W. Mumford, of Scranton, Pa., and R. N. Chambers and Edward S. Pinney, both of New York City, of counsel), for appellees.

Before BUFFINGTON, WOOLLEY, and DAVIS, Circuit Judges.

BUFFINGTON, Circuit Judge.

Assuming, without deciding, that in this case an appeal lies from the order of the judge holding the petition of the appellants for a reorganization under section 77B, Bankr. Act (11 USCA § 207), was not made in good faith, we find no error in his so holding. It follows, therefore, that the appeal should be, and is, dismissed.